PEOPLE V BRANDON SMITH, No. 153085; Court of Appeals No. 330390. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted. We note that a similar issue is presented in *People v English* (Docket No. 153084), which we remanded to the Court of Appeals for consideration as on leave granted by order dated March 9, 2016.

*Leave to Appeal Denied March 11, 2016:*

JONES V MANVILLE, No. 152678; Court of Appeals No. 324263.

*Leave to Appeal Denied March 16, 2016:*

PEOPLE V RUMPF, No. 153203; Court of Appeals No. 331000.

*Leave to Appeal Denied March 18, 2016:*

PEOPLE V KILGO, No. 151076; Court of Appeals No. 325582. On January 13, 2016, the Court heard oral argument on the application for leave to appeal prior to decision by the Court of Appeals. On order of the Court, the application is again considered, and it is denied, because we are not persuaded that the questions presented should be reviewed by this Court.